The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEAN PHILIPPE SEUMEGNI,

                              Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

                              Defendants.

Case No. 2:25-cv-02505-JLR

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
[PROPOSED] ORDER

Noted for Consideration:
January 20, 2026

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until June 4, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. Defendants' response to the Complaint is currently due on February 17, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until June 4, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02505-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS will complete Plaintiff's asylum interview on February 4, 2026. USCIS agrees to diligently work towards moving Plaintiff's application forward during the stay of 120 days after the asylum interview, absent unforeseen or exceptional circumstances that would require additional time.

Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request an abeyance until 120 days from Plaintiff's interview date, to allow USCIS to process his asylum application.

//

//

//

//

//

//

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02505-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

HACKING IMMIGRATION LAW, LLC

s/ Jennifer Wong
JENNIFER WONG, CA No. 341634
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:   jennifer.wong@usdoj.gov

s/ James O. Hacking, III
JAMES O. HACKING, III*
10121 Manchester Road, Suite A
St. Louis, Missouri 63122
Phone:  314-961-8200
Email:   jim@hackingimmigrationlaw.com
*PHV

Attorneys for Defendants

LAW OFFICE OF NICHOLAS POWER

I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules.

s/ Nicholas E.D. Power
NICHOLAS E.D. POWER, WSBA No. 45972
3660 Beaverton Valley Road, Suite 150
Friday Harbor, Washington 98250
Phone:  360-298-0464
Email:   nickedpower@gmail.com

Attorneys for Plaintiff

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02505-JLR] - 3

## [PROPOSED] ORDER

The case is held in abeyance until June 4, 2026. The parties shall submit a status update on or before June 4, 2026.

It is so **ORDERED**.


DATED this _____20th_____ day of _____January_____, 2026.


_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02505-JLR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970